# Court of Appeals
# of the State of Georgia

ATLANTA,  May 31, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0073.  RICHARDSON v. STATE OF GEORGIA et al.**

Upon consideration of Appellant's emergency "Original Petition for Writs of Mandamus and Prohibition Lack of Subject Matter Jurisdiction, Constitutional Violations & Speedy Trial Violations," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  05/31/2024*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

____, *Clerk.* Stephen E. Castlen